**DISMISS; and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00273-CV

### JOHN KENNEMER, Appellant
### V.
### ANGELINA KENNEMER, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13523**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice Fillmore

John Kennemer's brief was due August 6, 2014. When appellant failed to file his brief, we notified him, by postcard dated August 7, 2014, that the time had expired and directed him to file his brief along with an extension motion within ten days. We cautioned that the failure to file his brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of his brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140273F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN KENNEMER, Appellant

No. 05-14-00273-CV        V.

ANGELINA KENNEMER, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-13523.
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANGELINA KENNEMER recover her costs of this appeal, if any, from appellant JOHN KENNEMER.

Judgment entered this 29th day of September, 2014.